UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HEUNG MAN WONG, et al,
*on behalf of themselves and all others similarly situated,*

                         Plaintiffs,

-against-

NEWMAN'S OWN, INC.,

                         Defendant.

Case No.: 16-cv-6690

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party

For the Defendant:

By:  */s/ Thomas Sullivan*
Thomas J. Sullivan, Esq.
Shook, Hardy & Bacon LLP
2001 Market St., Suite 3000
Philadelphia, PA 19103
Telephone: (212) 575-3130
tsullivan@shb.com

Date:  10/15/2018

For the Plaintiff:

By:  */s/ C.K. Lee*
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date:  10/15/2018

SO ORDERED:

_____      _____
U.S.D.J.                                                           Dated